Argued and submitted November 4, 1981, affirmed January 19, 1982

# VALSETZ SCHOOL DISTRICT NO. 62,
*Petitioner on Review,*

*v.*

# POLK COUNTY,
*Respondent on Review.*

(CA 17740, SC 28029)

638 P2d 1148

Gerald C. Doblie, Portland, argued the cause for petitioner. With him on the petition was Doblie, Francesconi & Welch, P.C., Portland. On the briefs were Elizabeth Welch and Doblie, Francesconi & Welch, P.C., Portland.

I. Franklin Hunsaker, III, Portland, argued the cause for respondent. With him on the briefs were Dennis McCaffrey, Polk County Legal Counsel, Dallas, and R. R. Bullivant, John W. Buehler, and Bullivant, Wright, Leedy, Johnson, Pendergrass & Hoffman, Portland.

Before Denecke, Chief Justice, and Tongue, Linde, Peterson, Tanzer and Campbell, Justices.

PER CURIAM.

## PER CURIAM.

We allowed review to consider the application of our holding in *Strawberry Hill 4-Wheelers v. Benton Co. Bd. of Comm.,* 287 Or 591, 601 P2d 769 (1979), to the unusual facts of this case. We conclude that the analysis by the Court of Appeals was correct.

Affirmed.